# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION     21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LITIGATION

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaints¹ was made by me² | DATE 11/14/06 |
| NAME OF SERVER (PRINT) Walter Jeffers | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _J. Ocasio_

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h), by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

Tom E Byrne
French & Rafter, LLP
29 Broadway 27th Floor
New York, NY 10006-

For the following Defendant(s):

**ATLANTIC HEYDT CORP**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/14/06
Date

Signature of Server: Walter Jeffers

115 B'way
Address of Server

ADRIA MERCEDES PONCE
Notary Public, State of New York
No. 01PO6067690
Qualified in Bronx County
Commission Expires December 17, 2009

---

¹ See attached rider
² As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

190233 54 50





# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 12326 | Joseph Abarno | 06civ9466 | 10/13/2006 |
| 10683 | Ralph Aiello (and Wife, Theresa Aiello) | 06civ9467 | 10/13/2006 |
| 12095 | John Albarano | 06civ9468 | 10/13/2006 |
| 7966 | John Alfarano (and Wife, Emily Alfarano) | 06civ9469 | 10/13/2006 |
| 12345 | Jimmy Alvarez | 06civ9470 | 10/13/2006 |
| 9591 | Richard Andersen (and Wife, Rosellen Andersen) | 06cv9764 | 10/13/2006 |
| 1605 | Virgilio Aponte (and Wife, Ada Aponte) | 06civ9471 | 10/13/2006 |
| 4550 | Wilson Arroyo (and Wife, Rebecca Arroyo) | 06civ9472 | 10/13/2006 |
| 11513 | Steven Auerbach | 06civ9473 | 10/13/2006 |
| 1364 | Jean Augustin (and Wife, Marie M Augustin) | 05CV8221 | 10/13/2006 |
| 4578 | Thomas Babinski (and Wife, Catherine Babinski) | 06civ9475 | 10/13/2006 |
| 11463 | Michael Badagliacca (and Wife, Christina Badagliacca) | 06civ9476 | 10/13/2006 |
| 3457 | Diana Baez | 06civ9477 | 10/13/2006 |
| 11792 | Miguel Baez (and Wife, Maritza I Baez) | 06cv9765 | 10/13/2006 |
| 12393 | Thomas Baldwin (and Wife, Bridgette Baldwin) | 06cv9766 | 10/13/2006 |
| 6980 | Raymond Ballerino (and Wife, Barbara Ballerino) | 06civ9478 | 10/13/2006 |
| 12196 | James Barreto (and Wife, Garland T Barreto) | 06civ9479 | 10/13/2006 |
| 7582 | Angelo Bartolotta (and Wife, Jamie Marie Bartolotta) | 06civ9480 | 10/13/2006 |
| 8229 | Anthony Benanti (and Wife, Robin Benanti) | 06civ9481 | 10/13/2005 |
| 8696 | Rudolph Bentley | 06civ9482 | 10/13/2006 |
| 2645 | James A. Bianco (and Wife, Terri Bianco) | 06civ9483 | 10/13/2006 |
| 10170 | Raymond Bieselin (and Wife, Dona Bieselin) | 06civ9484 | 10/13/2006 |
| 11679 | Karen Bitchatchi | 06civ9485 | 10/13/2006 |
| 10192 | James Bittles (and Wife, Sylvia Bittles) | 06civ9486 | 10/13/2006 |
| 4059 | Lanze Blagrove (and Wife, Luraine Blagrove) | 06civ9487 | 10/13/2006 |
| 3633 | Robert Blum (and Wife, Eileen Blum) | 06civ9488 | 10/13/2006 |
| 11354 | Keith Bobe | 06civ9489 | 10/13/2006 |
| 11063 | Ronald Bocchichio | 06civ9490 | 10/13/2006 |
| 8958 | David Boehm (and Wife, Dana Boehm) | 06civ9491 | 10/13/2006 |
| 11512 | John Boland (and Wife, John Boland) | 06civ9492 | 10/13/2006 |
| 11654 | Milton Bonilla | 06Civ9493 | 10/13/2006 |
| 4247 | Cecilia Borcherding (and Husband, Stephen Borcherding) | 06civ9494 | 10/13/2006 |
| 4472 | Thomas Brenner (and Wife, Tracey S Brenner) | 06civ9495 | 10/13/2006 |
| 1900 | Michael Brigante | 06civ9496 | 10/13/2006 |
| 11159 | Adam Bruno (and Wife, Tina Marie Bruno) | 06civ9497 | 10/13/2006 |
| 4569 | Thomas Buchta | 06civ9498 | 10/13/2006 |
| 11211 | Michael Burns (and Wife, Alice Burns) | 06civ9499 | 10/13/2006 |
| 7971 | Walter Burtchell (and Wife, Laurie Burtchell) | 06civ9500 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 7949 | Wavelly T Busby (and Wife, Sharon Busby) | 06civ9501 | 10/13/2006 |
| 11845 | Stephen Butterbroot (and Wife, Robin Butterbroot) | 06civ9502 | 10/13/2006 |
| 12501 | Francis Byrne (and Wife, Michelle Byrne) | 06cv9853 | 10/13/2006 |
| 6972 | John Cafarella (and Wife, Gayle Cafarella) | 06civ9503 | 10/13/2006 |
| 11359 | Andrew Camiolo (and Wife, JoAnn Camiolo) | 06civ9504 | 10/13/2006 |
| 8295 | Neal Campbell | 06civ9505 | 10/13/2006 |
| 12420 | Thomas Carbone (and Wife, Pilar Carbone) | 06cv9834 | 10/13/2006 |
| 7580 | Rosario Carluzzo | 06civ9506 | 10/13/2006 |
| 1416 | James A. Carney | 06civ9507 | 10/13/2006 |
| 6320 | Larry D Carr (and Wife, Annie Carr) | 06civ9508 | 10/13/2006 |
| 1615 | Arthur Carter | 06civ9509 | 10/13/2006 |
| 5840 | Olugbade Carter | 06civ9510 | 10/13/2006 |
| 9289 | Steven Catanzaro (and Wife, Eleanor Catanzar) | 06civ9511 | 10/13/2006 |
| 10203 | Robert Cavallo | 06civ9512 | 10/13/2006 |
| 6930 | Anthony Chianese | 06civ9513 | 10/13/2006 |
| 8592 | Cesar Chihuan (and Wife, Toni Chihhuan) | 06civ9514 | 10/13/2006 |
| 12504 | Frank Cicerello (and Wife, Debra Cicerello) | 06civ9515 | 10/13/2006 |
| 12189 | Philip Ciulo | 06civ9516 | 10/13/2006 |
| 12029 | James Clark (and Wife, Holly Clark) | 06civ9517 | 10/13/2006 |
| 2717 | Robert Clarke | 06cv9767 | 10/13/2006 |
| 1419 | Thomas P. Cleary | 06civ9518 | 10/13/2006 |
| 2206 | Thomas Coghlan (and Wife, Rose Marie Coghlan) | 06cv9519 | 10/13/2006 |
| 2082 | Lawrence Coleman (and Wife, Peggy Coleman) | 06civ9520 | 10/13/2006 |
| 10898 | Rene Conela (and Wife, Charity C Conela) | 06cv9768 | 10/13/2006 |
| 12142 | Randi Consiglio | 06CV8222 | 10/6/2006 |
| 11718 | Robert Consolo | 06civ9521 | 10/13/2006 |
| 6063 | Melvin Cooper | 06civ9522 | 10/13/2006 |
| 11526 | James Corcoran (and Wife, Cindy Corcoran) | 06cv9845 | 10/13/2006 |
| 7351 | Nelson Cordova | 06civ9523 | 10/13/2006 |
| 11188 | George Corey (and Wife, Jeanette Corey) | 06civ9521 | 10/13/2006 |
| 9013 | Patrick Coyne (and Wife, Marylyn Coyne) | 06cv9769 | 10/13/2006 |
| 12602 | Anthony Cracchiolo | 06cv9854 | 10/13/2006 |
| 7956 | George Croswell (and Wife, Roeina Croswell) | 06civ9525 | 10/13/2006 |
| 11442 | Edwin Cruz | 06civ9526 | 10/13/2006 |
| 7640 | Santo Curatolo (and Wife, Elena Curatolo) | 06cv9835 | 10/13/2006 |
| 4358 | Edward Curry (and Wife, Mary Curry) | 06civ9527 | 10/13/2006 |
| 8450 | Steve Daniel (and Wife, Rosaline Daniel) | 06civ9528 | 10/13/2006 |
| 7188 | Maurice Davis | 06civ9529 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10592 | Jose DeJesus (and Wife, Anna DeJesus) | 06cv9770 | 10/13/2006 |
| 12065 | Evangelos Demetriou (and Wife, Vakina Demetriou) | 06cv9855 | 10/13/2006 |
| 10937 | Kevin DeName | 06civ9530 | 10/13/2006 |
| 7011 | Judi DePietro | 06civ9531 | 10/13/2006 |
| 3628 | John Desimone (and Wife, Donna Marie DeSimone) | 06cv9771 | 10/13/2006 |
| 1404 | Anthony Devecchis (and Wife, Jodie DeVecchis) | 06civ9532 | 10/13/2006 |
| 7310 | Edwin Diaz | 06civ9533 | 10/13/2006 |
| 10554 | Juan Diaz | 06cv9772 | 10/13/2006 |
| 11972 | Louis DiBlasi | 06civ9534 | 10/13/2006 |
| 11133 | Michael Dieterich | 06civ9535 | 10/13/2006 |
| 7509 | Kevin Dilberian | 06cv9773 | 10/13/2006 |
| 1745 | John DiLonardo (and Wife, Loryn V DiLonardo) | 06civ9536 | 10/13/2006 |
| 12187 | Nicholas Dimonda | 06cv9774 | 10/13/2006 |
| 11619 | Francis Discolo (and Wife, Theresa Discolo) | 06civ9537 | 10/13/2006 |
| 273 | Hugh Diver (and Wife, Donna Diver) | 06civ9538 | 10/13/2006 |
| 10523 | Joseph Dolcimascolo (and Wife, Veina Dolcimascolo) | 06cv9775 | 10/13/2006 |
| 8573 | Thomas Donnelly | 06civ9539 | 10/13/2006 |
| 9620 | John Dorst | 06civ9540 | 10/13/2006 |
| 12018 | Edward Dowling (and Wife, Dorothy Ging) | 06cv9776 | 10/13/2006 |
| 9474 | Kevin Driscoll | 06civ9541 | 10/13/2006 |
| 12603 | George W. Duguid (and Wife, Ann Duguid) | 06cv9777 | 10/13/2006 |
| 12052 | Emil Dzurilla (and Wife, Dawn P Dzurilla) | 06cv9778 | 10/13/2006 |
| 1830 | Willie Easterling | 06civ9542 | 10/13/2006 |
| 4201 | Anthony Emanuele (and Wife, Deborah Emanuele) | 06civ.9543 | 10/13/2006 |
| 7782 | Cesar Escobar | 06civ9544 | 10/13/2006 |
| 12399 | Veronica Escobar | 06cv9779 | 10/13/2006 |
| 3328 | Scott Esposito (and Wife, Jennifer Esposito) | 06cv9780 | 10/13/2006 |
| 12318 | James Fahy (and Wife, Irma Fahy) | 06CIV9545 | 10/13/2006 |
| 1573 | Morton Farber (and Wife, Oksana Farber) | 06CIV9546 | 10/13/2006 |
| 2118 | Brian Farrell (and Wife, Debra Blasi-Farrell) | 06civ9547 | 10/13/2006 |
| 10623 | Thomas Feeley (and Wife, Angela feeley) | 06cv9781 | 10/13/2006 |
| 10513 | Ed Ferington, Jr. (and Wife, Karen Ferington) | 06cv9782 | 10/13/2006 |
| 10216 | Claudio Fernandez (and Wife, Dunia Fernandez) | 06civ9548 | 10/13/2006 |
| 2627 | Frank Ferrara (and Wife, Annalise Ferrara) | 06civ9549 | 10/13/2006 |
| 7435 | Rueben Ferrell | 06civ9550 | 10/13/2006 |
| 11148 | Albert Ferro (and Wife, Gina Ferro) | 06cv9551 | 10/13/2006 |
| 7799 | Anita Fielder | 06cv9552 | 10/13/2006 |
| 11458 | Thomas Finnegan (and Wife, Lisa Finnegan) | 06cv9553 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10592 | Jose DeJesus (and Wife, Anna DeJesus) | 06cv9770 | 10/13/2006 |
| 12065 | Evangelos Demetriou (and Wife, Vakina Demetriou) | 06cv9855 | 10/13/2006 |
| 10937 | Kevin DeName | 06civ9530 | 10/13/2006 |
| 7011 | Judi DePietro | 06civ9531 | 10/13/2006 |
| 3628 | John Desimone (and Wife, Donna Marie DeSimone) | 06cv9771 | 10/13/2006 |
| 1404 | Anthony Devecchis (and Wife, Jodie DeVecchis) | 06civ9532 | 10/13/2006 |
| 7310 | Edwin Diaz | 06civ9533 | 10/13/2006 |
| 10554 | Juan Diaz | 06cv9772 | 10/13/2006 |
| 11972 | Louis DiBlasi | 06civ9534 | 10/13/2006 |
| 11133 | Michael Dieterich | 06civ9535 | 10/13/2006 |
| 7509 | Kevin Dilberian | 06cv9773 | 10/13/2006 |
| 1745 | John DiLonardo (and Wife, Loryn V DiLonardo) | 06civ9536 | 10/13/2006 |
| 12187 | Nicholas Dimonda | 06cv9774 | 10/13/2006 |
| 11619 | Francis Discolo (and Wife, Theresa Discolo) | 06civ9537 | 10/13/2006 |
| 273 | Hugh Diver (and Wife, Donna Diver) | 06civ9538 | 10/13/2006 |
| 10523 | Joseph Dolcimascolo (and Wife, Veina Dolcimascolo) | 06cv9775 | 10/13/2006 |
| 8573 | Thomas Donnelly | 06civ9539 | 10/13/2006 |
| 9620 | John Dorst | 06civ9540 | 10/13/2006 |
| 12018 | Edward Dowling (and Wife, Dorothy Ging) | 06cv9776 | 10/13/2006 |
| 9474 | Kevin Driscoll | 06civ9541 | 10/13/2006 |
| 12603 | George W. Duguid (and Wife, Ann Duguid) | 06cv9777 | 10/13/2006 |
| 12052 | Emil Dzurilla (and Wife, Dawn P Dzurilla) | 06cv9778 | 10/13/2006 |
| 1830 | Willie Easterling | 06civ9542 | 10/13/2006 |
| 4201 | Anthony Emanuele (and Wife, Deborah Emanuele) | 06civ.9543 | 10/13/2006 |
| 7782 | Cesar Escobar | 06civ9544 | 10/13/2006 |
| 12399 | Veronica Escobar | 06cv9779 | 10/13/2006 |
| 3328 | Scott Esposito (and Wife, Jennifer Esposito) | 06cv9780 | 10/13/2006 |
| 12318 | James Fahy (and Wife, Irma Fahy) | 06CIV9545 | 10/13/2006 |
| 1573 | Morton Farber (and Wife, Oksana Farber) | 06CIV9546 | 10/13/2006 |
| 2118 | Brian Farrell (and Wife, Debra Blasi-Farrell) | 06civ9547 | 10/13/2006 |
| 10623 | Thomas Feeley (and Wife, Angela feeley) | 06cv9781 | 10/13/2006 |
| 10513 | Ed Ferington, Jr. (and Wife, Karen Ferington) | 06cv9782 | 10/13/2006 |
| 10216 | Claudio Fernandez (and Wife, Dunia Fernandez) | 06civ9548 | 10/13/2006 |
| 2627 | Frank Ferrara (and Wife, Annalise Ferrara) | 06civ9549 | 10/13/2006 |
| 7435 | Rueben Ferrell | 06civ9550 | 10/13/2006 |
| 11148 | Albert Ferro (and Wife, Gina Ferro) | 06cv9551 | 10/13/2006 |
| 7799 | Anita Fielder | 06cv9552 | 10/13/2006 |
| 11458 | Thomas Finnegan (and Wife, Lisa Finnegan) | 06cv9553 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 9781 | Thomas Fitzgibbon | 06cv9554 | 10/13/2006 |
| 7044 | Glen Fiumano (and Wife, Nancy L Fiumano) | 06cv9783 | 10/13/2006 |
| 9735 | Scott Flaum (and Wife, Phyliis J Flaum) | 06cv9555 | 10/13/2006 |
| 10654 | Roxon Flowers (and Wife, Ilvin Flowers) | 06cv9556 | 10/13/2006 |
| 3517 | Courtney Forbes (and Wife, Caryn Forbes) | 06cv9557 | 10/13/2006 |
| 3294 | Joseph Forlenza (and Wife, Nora Forlenza) | 06cv9558 | 10/13/2006 |
| 11707 | Paul Frawley (and Wife, Elizabeth Frawley) | 06cv9784 | 10/13/2006 |
| 7211 | Jeffrey Gantt (and Wife, Elondia Gantt) | 06cv9559 | 10/13/2006 |
| 9088 | Franklin Garcia | 05CV8221 | 10/13/2006 |
| 7020 | Andrew Garlin (and Wife, Brenda Garlin) | 06cv9561 | 10/13/2006 |
| 11738 | Christopher Garofalo | 06cv9562 | 10/13/2006 |
| 8602 | Salvatore Garofalo (and Wife, Ana Garofalo) | 06cv9563 | 10/13/2006 |
| 9583 | William Geerlings (and Wife, Catherine Geerlings) | 06cv9856 | 10/13/2006 |
| 7041 | Salvatore Gemma | 06cv9564 | 10/13/2006 |
| 1274 | Joe Giacona (and Wife, Helene Shea Giacona) | 06cv9565 | 10/13/2006 |
| 2746 | Samuel Gilford | 06cv9785 | 10/13/2006 |
| 1711 | Ralph Giovacco (and Wife, Dawn-Marie Giovacco) | 06cv9566 | 10/13/2006 |
| 992 | Charles Gittens (and Wife, Raynel Gittens) | 06cv9567 | 10/13/2006 |
| 1296 | John Glynn (and Wife, Mary Glynn) | 06cv9568 | 10/13/2006 |
| 10238 | Derrick Goode (and Wife, Monica Goode) | 06cv9569 | 10/13/2006 |
| 10770 | Barry S. Gorelick (and Wife, Rosemarie Gorelick) | 06cv9786 | 10/13/2006 |
| 10858 | Alberto Goris (and Wife, Teresa Salcedo) | 06cv9787 | 10/13/2006 |
| 2157 | Stephen Greco (and Wife, Ada A Greco) | 06cv9570 | 10/13/2006 |
| 11219 | Aaron Greenstein (and Wife, Barbara Sue Greenstein) | 06cv9571 | 10/13/2006 |
| 2785 | Jeffrey Guetta (and Wife, Joann Guetta) | 06cv9572 | 10/13/2006 |
| 7748 | Julie Guevara (and Husband, Karl Guevara) | 06cv9573 | 10/13/2006 |
| 12092 | Bart Gugel (and Wife, Michelle L Gugel) | 06cv9574 | 10/13/2006 |
| 10556 | Lawrence Guidice | 06cv9788 | 10/13/2006 |
| 2921 | Domingo Guzman | 06cv9575 | 10/13/2006 |
| 7450 | Michael Hackett (and Wife, Carolann Hackett) | 06cv9576 | 10/13/2006 |
| 12056 | Darin Hamilton | 06cv9789 | 10/13/2006 |
| 3912 | Gerry Hardy (and Wife, Elizabeth Hardy) | 06cv9577 | 10/13/2006 |
| 12537 | Thomas Harrigan | 06cv9578 | 10/13/2006 |
| 7637 | Neil Hartnett (and Wife, Lisa Hartnett) | 06cv9790 | 10/13/2006 |
| 6843 | William Haubert (and Husband, Kathryn Haubert) | 06cv9579 | 10/13/2006 |
| 981 | Charles Haver (and Wife, Lori Haver) | 06civ9580 | 10/13/2006 |
| 12606 | Darrell Hayes (and Wife, Stefanie Hayes) | 06civ9581 | 10/13/2006 |
| 4886 | Thomas Hayes (and Husband, Victoria Hayes) | 06civ9582 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 7791 | Leroy Haynes (and Wife, Patricia Haynes) | 06cv9846 | 10/13/2006 |
| 12333 | Jeffrey Henkel | 06civ9583 | 10/13/2006 |
| 1957 | Michael Hintze (and Wife, Judy Hintze) | 06civ9584 | 10/13/2006 |
| 9204 | Howard Hoffman (and Wife, Alba Hoffman) | 06civ.9585 | 10/13/2006 |
| 8690 | Geroge Hohenberger (and Wife, Cecilia G Hohenberger) | 06civ9586 | 10/13/2006 |
| 11621 | Derek Holloway (and Wife, Takisha Reid-Holloway) | 06cv9791 | 10/13/2006 |
| 7803 | Robert Howlett (and Wife, Victoria Howlett) | 06civ9587 | 10/13/2006 |
| 1494 | Ronald Huckemeyer (and Wife, Dona Huckemeyer) | 06civ9588 | 10/13/2006 |
| 10781 | Richard Hyde (and Wife, Allison Hyde) | 06cv9792 | 10/13/2006 |
| 7522 | Lucille Iacobelli | 06cv9836 | 10/13/2006 |
| 10485 | Joseph Iaquinto (and Wife, Karen Iaquinto) | 06civ.9589 | 10/13/2006 |
| 10767 | Frank Idone (and Wife, Gina Idone) | 06 CV 2890 | 10/13/2006 |
| 7179 | Frank Ingoglia (and Husband, Kathryn Ingoglia) | 06civ9590 | 10/13/2006 |
| 9850 | Daniel Ingoldsby (and Wife, Mary Ingoldsby) | 06cv9591 | 10/13/2006 |
| 2847 | Peter Ioveno (and Wife, Yvonne Ioveno) | 06cv9794 | 10/13/2006 |
| 7795 | Ernest Jackson (and Wife, Shirley Jackson) | 06civ9592 | 10/13/2006 |
| 11143 | Christopher Jacobellis (and Wife, Tina M Jacobellis) | 06civ9593 | 10/13/2006 |
| 10751 | Stanley Jacobson (and Wife, Patricia Jacobson) | 06cv9795 | 10/13/2006 |
| 10279 | Walter Jankowski (and Wife, Ellen Jankowski) | 06cv9847 | 10/13/2006 |
| 11431 | Michael Jannazzo | 06civ9594 | 10/13/2006 |
| 11394 | Kristopher Jezsek | 06CV7916 | 2/17/2006 |
| 11089 | Carlos Jimenez (and Wife, Kyongsook Jimenez) | 06civ9595 | 10/13/2006 |
| 3433 | Craig Johnson (and Wife, Tanya Johnson) | 06cv9848 | 10/13/2006 |
| 946 | James Johnson (and Wife, Patricia Johnson) | 06CV8224 | 10/6/2006 |
| 4574 | Tramel Johnson | 06cv9796 | 10/13/2006 |
| 9441 | Michael Jones (and Wife, Shiela A Jones) | 06cv9797 | 10/13/2006 |
| 10736 | Michael Joseph | 06civ9596 | 10/13/2006 |
| 7824 | Morell Joseph (and Wife, Gweneth Joseph) | 06civ.9597 | 10/13/2006 |
| 2575 | James Joyce (and Wife, Suzanne Joyce) | 06CV8225 | 10/6/2006 |
| 12328 | Michael Kahn-Viteri | 06civ9598 | 10/13/2006 |
| 1776 | David Kao (and Wife, Ruth Kao) | 06civ.9599 | 10/13/2006 |
| 4717 | Michael Karp (and Wife, Mary Karp) | 06cv9600 | 10/13/2006 |
| 10477 | Richard Keane (and Wife, Denise Keane) | 06 CV 2890 | 10/13/2006 |
| 2702 | Thomas Keegan | 06cv9601 | 10/13/2006 |
| 1533 | Robert Kellner (and Wife, Gina A Kellner) | 06cv9837 | 10/13/2006 |
| 1312 | Peter J Kelly (and Wife, Diane Kelly) | 06cv9602 | 10/13/2006 |
| 4274 | Dennis Kennedy (and Wife, Tracey Kennedy) | 06cv9603 | 10/13/2006 |
| 11250 | Patrick Kennedy (and Wife, Jacquelin E Kennedy) | 06cv9604 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 6148 | Dudley L King (and Wife, Agnetta King) | 06cv9605 | 10/13/2006 |
| 4543 | John King (and Wife, Patricia King) | 06cv9606 | 10/13/2006 |
| 10253 | Wayne King | 06cv9607 | 10/13/2006 |
| 11007 | Walter Kittle (and Wife, Jean Kittle) | 06cv9608 | 10/13/2006 |
| 7443 | Delroy M Knott (and Wife, Paulette Knott) | 06cv9609 | 10/13/2006 |
| 6948 | Robert Kojalo (and Wife, Phyllis Kojalo) | 06cv9610 | 10/13/2006 |
| 12425 | Joe Kowkabony (and Wife, Sandra Kowkabony) | 06cv9799 | 10/13/2006 |
| 6690 | Russell Krom | 06cv9800 | 10/13/2006 |
| 1497 | Charles La BarBera | 06cv9611 | 10/13/2006 |
| 1540 | Michael LaMorte (and Wife, Susan LaMorte) | 06v9612 | 10/13/2006 |
| 1701 | Peter Lane (and Wife, debra I Lane) | 06cv9613 | 10/13/2006 |
| 2658 | Mark Lazina (and Wife, Arlene Lazina) | 06cv9614 | 10/13/2006 |
| 7401 | John Leonard | 06cv9615 | 10/13/2006 |
| 2182 | Gary Levy | 06cv9616 | 10/13/2006 |
| 2192 | Edward Lewis (and Wife, Angela Lewis) | 06cv9617 | 10/13/2006 |
| 12545 | David Liell | 06cv9801 | 10/13/2006 |
| 1496 | John Lipori (and Wife, Sally Lipori) | 06cv9802 | 10/13/2006 |
| 12316 | George Liropoulos (and Wife, Lissette Liropoulos) | 06cv9618 | 10/13/2006 |
| 6740 | Salvatore Lobello (and Wife, Anna Salvatore) | 06cv9619 | 10/13/2006 |
| 10320 | Chris Loguidice | 06cv9620 | 10/13/2006 |
| 4793 | Lance G London (and Wife, June London) | 06cv9621 | 10/13/2006 |
| 6868 | Nicholas Lorusso (and Wife, Deana Lorusso) | 06cv9622 | 10/13/2006 |
| 12013 | Thomas Loughlin (and Wife, Tracy Loughlin) | 06cv9623 | 10/13/2006 |
| 12311 | Victoria Lubeck (and Husband, Jason Lubeck) | 06cv9838 | 10/13/2006 |
| 4326 | Alessandro Luparello (and Wife, Florence Luparello) | 06cv9624 | 10/13/2006 |
| 9218 | Brian Mahon | 06cv9803 | 10/13/2006 |
| 7119 | Jean Claude Malary | 06cv9625 | 10/13/2006 |
| 10379 | Angel Maldonado (and Wife, Jessica Maldonado) | 06cv9626 | 10/13/2006 |
| 8565 | Rooplal Manchoon | 06cv9627 | 10/13/2006 |
| 1525 | Steve Marshall (and Wife, Cynthia Marshall) | 06cv9628 | 10/13/2006 |
| 11677 | Kevin Martin (and Wife, Karen Martin) | 06cv9629 | 10/13/2006 |
| 4462 | Richard Martin (and Wife, Cathy E Rush) | 06cv9630 | 10/13/2006 |
| 1958 | Edwin Martinez (and Wife, Paula Martinez) | 06cv9804 | 10/13/2006 |
| 6989 | Frederick Martucci | 06cv9631 | 10/13/2006 |
| 1802 | Gregg Matthius (and Wife, Christine Matthius) | 06cv9632 | 10/13/2006 |
| 8050 | Philip Mayott | 06cv9633 | 10/13/2006 |
| 1798 | Vincent Mazza (and Wife, Clara Mazza) | 06cv9634 | 10/13/2006 |
| 550 | Joseph McAdams (and Wife, Patricia McAdams) | 06cv9635 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 6148 | Dudley L King (and Wife, Agnetta King) | 06cv9605 | 10/13/2006 |
| 4543 | John King (and Wife, Patricia King) | 06cv9606 | 10/13/2006 |
| 10253 | Wayne King | 06cv9607 | 10/13/2006 |
| 11007 | Walter Kittle (and Wife, Jean Kittle) | 06cv9608 | 10/13/2006 |
| 7443 | Delroy M Knott (and Wife, Paulette Knott) | 06cv9609 | 10/13/2006 |
| 6948 | Robert Kojalo (and Wife, Phyllis Kojalo) | 06cv9610 | 10/13/2006 |
| 12425 | Joe Kowkabony (and Wife, Sandra Kowkabony) | 06cv9799 | 10/13/2006 |
| 6690 | Russell Krom | 06cv9800 | 10/13/2006 |
| 1497 | Charles La BarBera | 06cv9611 | 10/13/2006 |
| 1540 | Michael LaMorte (and Wife, Susan LaMorte) | 06v9612 | 10/13/2006 |
| 1701 | Peter Lane (and Wife, debra l Lane) | 06cv9613 | 10/13/2006 |
| 2658 | Mark Lazina (and Wife, Arlene Lazina) | 06cv9614 | 10/13/2006 |
| 7401 | John Leonard | 06cv9615 | 10/13/2006 |
| 2182 | Gary Levy | 06cv9616 | 10/13/2006 |
| 2192 | Edward Lewis (and Wife, Angela Lewis) | 06cv9617 | 10/13/2006 |
| 12545 | David Liell | 06cv9801 | 10/13/2006 |
| 1496 | John Lipori (and Wife, Sally Lipori) | 06cv9802 | 10/13/2006 |
| 12316 | George Liropoulos (and Wife, Lissette Liropoulos) | 06cv9618 | 10/13/2006 |
| 6740 | Salvatore Lobello (and Wife, Anna Salvatore) | 06cv9619 | 10/13/2006 |
| 10320 | Chris Loguidice | 06cv9620 | 10/13/2006 |
| 4793 | Lance G London (and Wife, June London) | 06cv9621 | 10/13/2006 |
| 6868 | Nicholas Lorusso (and Wife, Deana Lorusso) | 06cv9622 | 10/13/2006 |
| 12013 | Thomas Loughlin (and Wife, Tracy Loughlin) | 06cv9623 | 10/13/2006 |
| 12311 | Victoria Lubeck (and Husband, Jason Lubeck) | 06cv9838 | 10/13/2006 |
| 4326 | Alessandro Luparello (and Wife, Florence Luparello) | 06cv9624 | 10/13/2006 |
| 9218 | Brian Mahon | 06cv9803 | 10/13/2006 |
| 7119 | Jean Claude Malary | 06cv9625 | 10/13/2006 |
| 10379 | Angel Maldonado (and Wife, Jessica Maldonado) | 06cv9626 | 10/13/2006 |
| 8565 | Rooplal Manchoon | 06cv9627 | 10/13/2006 |
| 1525 | Steve Marshall (and Wife, Cynthia Marshall) | 06cv9628 | 10/13/2006 |
| 11677 | Kevin Martin (and Wife, Karen Martin) | 06cv9629 | 10/13/2006 |
| 4462 | Richard Martin (and Wife, Cathy E Rush) | 06cv9630 | 10/13/2006 |
| 1958 | Edwin Martinez (and Wife, Paula Martinez) | 06cv9804 | 10/13/2006 |
| 6989 | Frederick Martucci | 06cv9631 | 10/13/2006 |
| 1802 | Gregg Matthius (and Wife, Christine Matthius) | 06cv9632 | 10/13/2006 |
| 8050 | Philip Mayott | 06cv9633 | 10/13/2006 |
| 1798 | Vincent Mazza (and Wife, Clara Mazza) | 06cv9634 | 10/13/2006 |
| 550 | Joseph McAdams (and Wife, Patricia McAdams) | 06cv9635 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 2819 | John McAuliffe (and Wife, Jeanne McAuliffe) | 06cv9805 | 10/13/2006 |
| 11208 | Gregory McCormick | 06cv9636 | 10/13/2006 |
| 6893 | Kevin McEachern (and Wife, Tracy McEachern) | 06cv9839 | 10/13/2006 |
| 9846 | Michael McGovern | 06cv9806 | 10/13/2006 |
| 8906 | Brian McNalty | 06cv9807 | 10/13/2006 |
| 12309 | Richard Mendyk | 06cv9637 | 10/13/2006 |
| 4664 | Jose Mesorana | 06cv9638 | 10/13/2006 |
| 11625 | Salvatore Messina | 06cv9844 | 10/13/2006 |
| 11609 | Fadila Metanovic | 06cv9639 | 10/13/2006 |
| 10521 | Todd Metro (and Wife, Liz Metro) | 06cv9808 | 10/13/2006 |
| 2600 | Richard Miller (and Wife, Anna Miller) | 06cv9640 | 10/13/2006 |
| 2454 | Steven Miller (and Wife, Noreen Miller) | 06cv9641 | 10/13/2006 |
| 11098 | Marcello Milone (and Wife, Michele Milone) | 06cv9642 | 10/13/2006 |
| 10794 | Robert Mladinich | 06cv9643 | 10/13/2006 |
| 1724 | Alfred Morin | 06cv9644 | 10/13/2006 |
| 2899 | Alan Mortensen (and Wife, Elizabeth Mortensen) | 06cv9645 | 10/13/2006 |
| 12495 | Terence Moti (and Wife, Sharmela Moti) | 06cv9646 | 10/13/2006 |
| 1529 | Ian Mullan | 06cv9647 | 10/13/2006 |
| 10699 | Brian Muller (and Wife, Kelly Muller) | 06cv9648 | 10/13/2006 |
| 9751 | Francis Mulvey (and Wife, Karen Mulvey) | 06cv9649 | 10/13/2006 |
| 11759 | Kevin Murphy (and Wife, Barbara Murphy) | 06cv9650 | 10/13/2006 |
| 6937 | John Naja | 06cv9651 | 10/13/2006 |
| 4243 | John Napoli | 06cv9652 | 10/13/2006 |
| 11626 | George Nellson | 06cv9849 | 10/13/2006 |
| 11803 | Jeffrey Nichols | 06cv9653 | 10/13/2006 |
| 12438 | Kevin Nielsen | 06cv9654 | 10/13/2006 |
| 10791 | Rafael Nieves | 06cv9809 | 10/13/2006 |
| 3110 | Denis Nolan (and Wife, Cathy Nolan) | 06cv9655 | 10/13/2006 |
| 3631 | Robert O'Brien (and Wife, Jean O'Shaughnessy) | 06cv9656 | 10/13/2006 |
| 2828 | Glenn O'Donnell (and Wife, Deirdre O'Donnell) | 06cv9657 | 10/13/2006 |
| 4075 | Kevin O'Kane (and Wife, Germaine O'Kane) | 06cv9658 | 10/13/2006 |
| 10551 | Thomas O'Riordan (and Wife, Mary O'Riordan) | 06cv9810 | -10/13/2006 |
| 11127 | Patrick O'Shaughnessy (and Wife, Christa O'Shaughnessy) | 06cv9811 | 10/13/2006 |
| 4788 | Danny Olsen (and Wife, Maureen Olsen) | 06cv9659 | 10/13/2006 |
| 1316 | Martin Olsen | 06cv9660 | 10/13/2006 |
| 9611 | Thomas Orlando | 06cv9661 | 10/13/2006 |
| 2140 | Heriberto Pabon (and Wife, Gina M Carlone) | 06cv9662 | 10/13/2006 |
| 10944 | Marilyn Pagan (and Husband, Rafael Pagan) | 06cv9812 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 1489 | Joseph Palasciano | 06cv9663 | 10/13/2006 |
| 1347 | Ronald Parisi (and Wife, Joy Parisi) | 06cv9840 | 10/13/2006 |
| 6509 | John P Pascarella | 06cv9664 | 10/13/2006 |
| 11467 | Pedro Pastor | 06cv9665 | 10/13/2006 |
| 2354 | Robert Patelli (and Wife, Kim A Patelli) | 06cv9666 | 10/13/2006 |
| 10651 | Gregory Payne (and Wife, Debra Payne) | 06cv9813 | 10/13/2006 |
| 2528 | Robert Pecoraro (and Wife, Debbie A Pecoraro) | 06cv9667 | 10/13/2006 |
| 1924 | Philip Pecorella (and Wife, Mary-Anne Pecorella) | 06cv9814 | 10/13/2006 |
| 1717 | David Peteroy | 06cv9668 | 10/13/2006 |
| 1940 | Philip J. Pfersching (and Wife, Catherine Langerin) | 06cv9669 | 10/13/2006 |
| 10669 | Marjorie PhillipSon-Thompson (and Husband, George Thompson) | 06cv9815 | 10/13/2006 |
| 10675 | Louis Pia (and Wife, Cathleen M Pia) | 06cv9816 | 10/13/2006 |
| 1517 | Michael Pietropaolo | 06cv9850 | 10/13/2006 |
| 12401 | Andrew Pisani | 06cv9670 | 10/13/2006 |
| 7808 | Rhonda Podmore | 06cv9671 | 10/13/2006 |
| 2195 | John Politoski (and Wife, Dary V Politoski) | 06cv9672 | 10/13/2006 |
| 2649 | Richard Ponce | 06cv9673 | 10/13/2006 |
| 10885 | Raul Porras (and Wife, Diana Povvas) | 06cv9674 | 10/13/2006 |
| 7302 | Robert Power (and Wife, Diane Power) | 06cv9817 | 10/13/2006 |
| 11721 | Brian Powers (and Wife, Maureen Gilroy) | 06cv9675 | 10/13/2006 |
| 4361 | Anthony Prestigiacomo | 06cv9676 | 10/13/2006 |
| 8362 | Vamadevan Ragumar | 06cv9677 | 10/13/2006 |
| 4407 | Daniel Raleigh (and Wife, Jeanne Raleigh) | 06cv9818 | 10/13/2006 |
| 3590 | Sunil Rampersad (and Wife, Kumarie Rampersad) |  | 10/13/2006 |
| 6834 | Nathaniel Ramsinh (and Wife, Jagdai Ramsinh) | 06cv9841 | 10/13/2006 |
| 8363 | Lawrence Regula (and Wife, Diana Regula) | 06cv9679 | 10/13/2006 |
| 4344 | Richard Reip | 06cv9819 | 10/13/2006 |
| 10618 | George Repetti (and Wife, Joan ) | 06cv9680 | 10/13/2006 |
| 7301 | William Reschke (and Wife, Lynn Reschke) | 06cv9681 | 10/13/2006 |
| 11904 | Mark Restivo (and Wife, Ellen Restivo) | 06cv9842 | 10/13/2006 |
| 9804 | Thomas Rice (and Wife, Denise Rice) | 06cv9682 | 10/13/2006 |
| 11884 | Neil Riordan (and Wife, Kathleen Riordan) | 06cv9820 | 10/13/2006 |
| 3292 | George Rivera (and Wife, Florencia Rivera) | 06cv9683 | 10/13/2006 |
| 5966 | Carlyle S Roberts (and Wife, Janice Roberts) | 06cv9684 | 10/13/2006 |
| 10833 | Richard Rodriguez | 06cv9685 | 10/13/2006 |
| 11957 | Carlos Romero (and Wife, Kathryn Romero) | 06cv9686 | 10/13/2006 |
| 1484 | Jimmy Rosario (and Wife, Toni Rosario) | 06cv9687 | 10/13/2006 |
| 10983 | Julio Rozon (and Wife, Nancy Rozon) | 06cv9688 | 10/13/2006 |

# Service Rider

**Rider**

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 1489 | Joseph Palasciano | 06cv9663 | 10/13/2006 |
| 1347 | Ronald Parisi (and Wife, Joy Parisi) | 06cv9840 | 10/13/2006 |
| 6509 | John P Pascarella | 06cv9664 | 10/13/2006 |
| 11467 | Pedro Pastor | 06cv9665 | 10/13/2006 |
| 2354 | Robert Patelli (and Wife, Kim A Patelli) | 06cv9666 | 10/13/2006 |
| 10651 | Gregory Payne (and Wife, Debra Payne) | 06cv9813 | 10/13/2006 |
| 2528 | Robert Pecoraro (and Wife, Debbie A Pecoraro) | 06cv9667 | 10/13/2006 |
| 1924 | Philip Pecorelia (and Wife, Mary-Anne Pecorella) | 06cv9814 | 10/13/2006 |
| 1717 | David Peteroy | 06cv9668 | 10/13/2006 |
| 1940 | Philip J. Pfersching (and Wife, Catherine Langerin) | 06cv9669 | 10/13/2006 |
| 10669 | Marjorie PhillipSon-Thompson (and Husband, George Thompson) | 06cv9815 | 10/13/2006 |
| 10675 | Louis Pia (and Wife, Cathleen M Pia) | 06cv9816 | 10/13/2006 |
| 1517 | Michael Pietropaolo | 06cv9850 | 10/13/2006 |
| 12401 | Andrew Pisani | 06cv9670 | 10/13/2006 |
| 7808 | Rhonda Podmore | 06cv9671 | 10/13/2006 |
| 2195 | John Politoski (and Wife, Dary V Politoski) | 06cv9672 | 10/13/2006 |
| 2649 | Richard Ponce | 06cv9673 | 10/13/2006 |
| 10885 | Raul Porras (and Wife, Diana Povvas) | 06cv9674 | 10/13/2006 |
| 7302 | Robert Power (and Wife, Diane Power) | 06cv9817 | 10/13/2006 |
| 11721 | Brian Powers (and Wife, Maureen Gilroy) | 06cv9675 | 10/13/2006 |
| 4361 | Anthony Prestigiacomo | 06cv9676 | 10/13/2006 |
| 8362 | Vamadevan Ragumar | 06cv9677 | 10/13/2006 |
| 4407 | Daniel Raleigh (and Wife, Jeanne Raleigh) | 06cv9818 | 10/13/2006 |
| 3590 | Sunil Rampersad (and Wife, Kumarie Rampersad) |  | 10/13/2006 |
| 6834 | Nathaniel Ramsinh (and Wife, Jagdai Ramsinh) | 06cv9841 | 10/13/2006 |
| 8363 | Lawrence Regula (and Wife, Diana Regula) | 06cv9679 | 10/13/2006 |
| 4344 | Richard Reip | 06cv9819 | 10/13/2006 |
| 10618 | George Repetti (and Wife, Joan ) | 06cv9680 | 10/13/2006 |
| 7301 | William Reschke (and Wife, Lynn Reschke) | 06cv9681 | 10/13/2006 |
| 11904 | Mark Restivo (and Wife, Ellen Restivo) | 06cv9842 | 10/13/2006 |
| 9804 | Thomas Rice (and Wife, Denise Rice) | 06cv9682 | 10/13/2006 |
| 11884 | Neil Riordan (and Wife, Kathleen Riordan) | 06cv9820 | 10/13/2006 |
| 3292 | George Rivera (and Wife, Florencia Rivera) | 06cv9683 | 10/13/2006 |
| 5966 | Carlyle S Roberts (and Wife, Janice Roberts) | 06cv9684 | 10/13/2006 |
| 10833 | Richard Rodriguez | 06cv9685 | 10/13/2006 |
| 11957 | Carlos Romero (and Wife, Kathryn Romero) | 06cv9686 | 10/13/2006 |
| 1484 | Jimmy Rosario (and Wife, Toni Rosario) | 06cv9687 | 10/13/2006 |
| 10983 | Julio Rozon (and Wife, Nancy Rozon) | 06cv9688 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 1879 | Donato Ruggiero (and Wife, Karrina Ruggiero) | 06cv9689 | 10/13/2006 |
| 10169 | Ben Russo | 06cv9690 | 10/13/2006 |
| 2272 | John Ryan (and Wife, Karen Ryan) | 06cv9691 | 10/13/2006 |
| 12115 | Shawn Ryan (and Wife, Sandra A Ryan) | 06cv9692 | 10/13/2006 |
| 10639 | Elizabeth Rye | 06cv9693 | 10/13/2006 |
| 4013 | Albano Salgado (and Wife, Barbara Salgado) | 06cv9694 | 10/13/2006 |
| 7242 | Robert Salmon | 06cv9695 | 10/13/2006 |
| 11101 | Jeff Salta | 06cv9696 | 10/13/2006 |
| 9265 | Juan Sanchez (and Wife, Elizabeth Sanchez) | 06cv9697 | 10/13/2006 |
| 1154 | Alexander Santora (and Wife, Maureen Santora) | 06cv9698 | 10/13/2006 |
| 7598 | Douglas Santos (and Wife, Melissa Santos) | 06cv9699 | 10/13/2006 |
| 6970 | Robert Saunders | 06cv9700 | 10/13/2006 |
| 11443 | Zaven Sava (and Wife, Shogacat Sava) | 06cv9821 | 10/13/2006 |
| 9836 | Kenneth Schiotis (and Wife, Donna Schiotis) | 06cv9701 | 10/13/2006 |
| 3908 | John J. Schmaeling (and Wife, Suzanne Schmaeling) | 06cv9702 | 10/13/2006 |
| 10880 | Mark Schmidt (and Wife, Laura Schmidt) | 06cv9703 | 10/13/2006 |
| 3917 | Frank Schomaker | 06cv9704 | 10/13/2006 |
| 10153 | Paul Scotto | 06cv9822 | 10/13/2006 |
| 11072 | Mark Semiday (and Wife, Nilda Luz Semiday) | 06cv9705 | 10/13/2006 |
| 1350 | Salvatore Sferrazza | 06cv9707 | 10/13/2006 |
| 3332 | Salvatore Sferrazza | 06cv9706 | 10/13/2006 |
| 2616 | Albert Sheppard (and Wife, Molly Morphew) | 06cv9708 | 10/13/2006 |
| 7412 | Louis Sheppard (and Wife, Helena Costen) | 06cv9709 | 10/13/2006 |
| 7368 | Michael Sibbio (and Wife, Kathleen Sibbio) | 06cv9823 | 10/13/2006 |
| 11168 | Enrique Silva (and Wife, Elizabeth Silva) | 06cv9710 | 10/13/2006 |
| 11069 | Thomas Silva | 06cv9711 | 10/13/2006 |
| 6702 | Michael Silvestri | 06cv9712 | 10/13/2006 |
| 12310 | Vladimir Simeon | 06cv9713 | 10/13/2006 |
| 6349 | Bobby Simpkins (and Wife, Lucille Simpkins) | 06cv9824 | 10/13/2006 |
| 12436 | Edward Smith (and Wife, Deborah Smith) | 06cv9714 | 10/13/2006 |
| 7040 | Jermaine Smith | 06cv9715 | 10/13/2006 |
| 11785 | Oscar Smith | 06cv9716 | 10/13/2006 |
| 7645 | Robert Snedecor (and Wife, Donna Snedecor) | 06cv9717 | 10/13/2006 |
| 12522 | Timothy Snickles (and Wife, Melissa M Snickles) | 06cv9718 | 10/13/2006 |
| 10785 | Chad Soler | 06cv9719 | 10/13/2006 |
| 2139 | John Sorrentino (and Wife, Laurie Ann Sorrentino) | 06cv9857 | 10/13/2006 |
| 8382 | Vincent Sorrentino (and Wife, Mary Sorrentino) | 06cv9825 | 10/13/2006 |
| 12208 | Anthony Spadafora (and Wife, Jennifer Spadafora) | 06cv9720 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 12045 | Anthony Spennicchia (and Wife, Tara Spennicchia) | 06cv9721 | 10/13/2006 |
| 1356 | John Stanton | 06cv9722 | 10/13/2006 |
| 7082 | Theodore Stelling (and Wife, Angela Stelling) | 06cv9723 | 10/13/2006 |
| 6759 | Alex Stroud | 06cv9724 | 10/13/2006 |
| 1480 | Arthur Sturm (and Wife, Patricia A Sturm) | 06cv9725 | 10/13/2006 |
| 8304 | Carlton Suddler (and Wife, Marjet Suddler) | 06cv9726 | 10/13/2006 |
| 7071 | Ardian Syku (and Wife, Elvanny Syku) | 06cv9727 | 10/13/2006 |
| 11379 | Mark Taffe (and Wife, Denise Burgess) | 06cv9728 | 10/13/2006 |
| 3881 | Alpha Tarawally (and Wife, Kadiatu Tarawally) | 06cv9729 | 10/13/2006 |
| 9778 | Michael Tesoriero (and Wife, Helen Tesoriero) | 06cv9730 | 10/13/2006 |
| 1389 | Donald O. Thompson (and Wife, Marjorie Thompson) | 06cv9731 | 10/13/2006 |
| 10561 | Richard Tirelli | 06cv9858 | 10/13/2006 |
| 9533 | Henry Torres (and Wife, Maria E Torres) | 06cv9851 | 10/13/2006 |
| 7161 | Emanuel Tota (and Husband, Sharon Tota) | 06cv9732 | 10/13/2006 |
| 8136 | Brian Traynor | 06cv9826 | 10/13/2006 |
| 9658 | Cyril Tyson (and Wife, Kimberley A Cyril) | 06cv9733 | 10/13/2006 |
| 12313 | Russell Uhrig (and Wife, Terri Uhrig) | 06cv9843 | 10/13/2006 |
| 7700 | Thomas Urbanski (and Wife, Linda Urbanski) | 06cv9734 | 10/13/2006 |
| 11273 | Jennifer Urena (and Husband, Jose M Urena) | 06cv9735 | 10/13/2006 |
| 6672 | Jose Urena (and Wife, Chistiana V Urena) | 06cv9736 | 10/13/2006 |
| 2330 | John Vaccarella | 06cv9737 | 10/13/2006 |
| 2034 | John Valenti (and Wife, Cecelia Valenti) | 06cv9738 | 10/13/2006 |
| 1553 | Amado Valentin (and Wife, Luisa Valentin) | 06cv9739 | 10/13/2006 |
| 12170 | Edward Valla (and Wife, Jacqueline Schual-Valla) | 06cv9827 | 10/13/2006 |
| 1558 | Harry Van Utrecht (and Wife, vonne Van Utrecht) | 06cv9740 | 10/13/2006 |
| 1930 | Jesus Vasquez (and Wife, Eileen Vasquez) | 06cv9741 | 10/13/2006 |
| 7581 | Anthony Vaughn (and Wife, Gloria Vaughn) | 06cv9742 | 10/13/2006 |
| 8207 | Jorge Velasquez (and Wife, Susan Tuccillo) | 06cv9743 | 10/13/2006 |
| 3112 | Brian Vittorini | 06cv9744 | 10/13/2006 |
| 3693 | Kevin Vosbrink (and Wife, Karen Vosbrink) | 06cv9745 | 10/13/2006 |
| 9696 | George Walsh | 06cv9746 | 10/13/2006 |
| 4518 | James Walsh | 06cv9747 | 10/13/2006 |
| 9250 | Michael Ward | 06cv9748 | 10/13/2006 |
| 5662 | Thomas Washington (and Wife, Phyllis Washington) | 06cv9828 | 10/13/2006 |
| 7765 | Dawnette Waterman | 06cv9749 | 10/13/2006 |
| 11296 | Thomas Weber (and Wife, Shannon Weber) | 06cv9852 | 10/13/2006 |
| 2693 | Warren Weekes (and Wife, Mayranazario Weekes) | 06cv9750 | 10/13/2006 |
| 11062 | Peter Westcott | 06cv9751 | 10/13/2006 |



# Service Rider

French & Rafter, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 2352 | George White (and Wife, Joann White) | 06cv9752 | 10/13/2006 |
| 12419 | James White (and Wife, Niccole M White) | 06cv9753 | 10/13/2006 |
| 3861 | James Williams (and Wife, Karen Williams) | 06cv9754 | 10/13/2006 |
| 9169 | Rawle Williams (and Wife, Gail Williams) | 06cv9829 | 10/13/2006 |
| 9732 | James Williamson (and Wife, Kathryn Williamson) | 06cv9830 | 10/13/2006 |
| 12135 | James Winckowski | 06cv9755 | 10/13/2006 |
| 2212 | Gin Yee (and Wife, Mieiuru Yee) | 06cv9756 | 10/13/2006 |
| 3587 | Robert Yodice (and Wife, Noelle Yodice) | 06cv9831 | 10/13/2006 |
| 11349 | Brian Yonker | 06cv9757 | 10/13/2006 |
| 10681 | Glenn Yost (and Wife, Lisa Yost) | 06cv9832 | 10/13/2006 |
| 9867 | Kevin Young (and Wife, Karen Young) | 06cv9758 | 10/13/2006 |
| 2043 | Tracy Young (and Wife, Bobby-Jo E Young) | 06cv9833 | 10/13/2006 |
| 7445 | Ronald Zdeb (and Wife, Laura Zdeb) | 06cv9759 | 10/13/2006 |
| 9616 | Gil Zimet (and Wife, Ivett Zimet) | 06cv9760 | 10/13/2006 |
| 2800 | Gerald Zino (and Wife, Joann Zino) | 06cv9761 | 10/13/2006 |
| 7325 | Michael Zummo (and Wife, Lauren Zummo) | 06cv9762 | 10/13/2006 |
| 9180 | Washington Zurita (and Wife, Beatrice Zurita) | 06cv9763 | 10/13/2006 |

397   Group: [barcode 158]   Service Contact: [barcode 233]   Out [barcode 39]   In: [barcode 49]